# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DANIEL WARREN, | : | No. 160 MM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| SUPERIOR COURT, JAMES B. MARTIN, | : | |
| JENNIFER BLACKLEDGE, CHRISTINE F. | : | |
| BONESCH AND JACQUELYN C. | : | |
| PARADIS, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of January, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Prohibition is DENIED.